## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALMER LEE REYAN,                    :
                                     :CIVIL ACTION NO. 3:18-CV-1485
    **Plaintiff,**                    :
                                     :(JUDGE MARIANI)
    **v.**                           :(Magistrate Judge Arbuckle)
                                     :
**PENNSYLVANIA DEPARTMENT OF**       :
**CORRECTIONS, *et al.*,**           :
                                     :
    **Defendants.**                   :
                                     :

## ORDER

AND NOW, THIS ___23 rd___ DAY OF AUGUST 2019, upon review of

Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 38) for clear error

or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 38) is **ADOPTED** for the reasons set forth therein;

2. Medical Defendants' Motion for Summary Judgment, or in the alternative, to Dismiss

   (Doc. 21) is **GRANTED IN PART and DENIED IN PART**;

3. Insofar as Medical Defendants' motion is construed as one for summary judgment, it

   is **DENIED WITHOUT PREJUDICE**;

4. Plaintiff's 42 U.S.C. § 1983 claim against Defendant Correct Care Solutions is

   **DISMISSED WITH PREJUDICE**;

5. All claims other than Plaintiff's 42 U.S.C. § 1983 claim against Defendant Correct

Care Solutions proceed.

Robert D. Mariani
United States District Judge