THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALMER LEE REYAN, | : |
| | :CIVIL ACTION NO. 3:18-CV-1485 |
| Plaintiff, | : |
| | :(JUDGE MARIANI) |
| v. | :(Magistrate Judge Arbuckle) |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

AND NOW, THIS _____1st_____ DAY OF DECEMBER 2020, upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 78) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 78) is **ADOPTED** for the reasons set forth therein;

2. Medical Defendants' Motion for Summary Judgment (Doc. 57) is **GRANTED IN PART** and **DENIED IN PART**;

3. The Motion is **GRANTED** as to Count II (Cruel and Unusual Punishment) against Defendants Dr. Scott Morgan, Dr. Jean Holdren, PA-C Nicole Odem, and PA-C Mark Hammer;

4. The Motion is **DENIED** as to Count II (Cruel and Unusual Punishment) against Defendants Dr. Vanitha Abraham and Dr. Theodoor Voorstad;

5. The Motion is **DENIED** as to Count V (State law negligence) against Defendants Correct Care Solutions, Dr. Vanitha Abraham, Dr. Theodoor Voorstad, Dr. Scott Morgan, Dr. Jean Holdren, PA-C Nicole Odem, and PA-C Mark Hammer;

6. This case is remanded to Magistrate Judge Arbuckle for further pre-trial management.

Robert D. Mariani
United States District Judge