THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALMER LEE REYAN, | : |
| | :CIVIL ACTION NO. 3:18-CV-1485 |
| Plaintiff, | : |
| | :(JUDGE MARIANI) |
| v. | :(Magistrate Judge Arbuckle) |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, *et al.*, | : |
| | : |
| Defendants. | : |

ORDER

AND NOW, THIS _1st_ DAY OF DECEMBER 2020, upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 79) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 79) is **ADOPTED** for the reasons set forth therein;

2. The Motion for Summary Judgment of DOC Defendants (Doc. 61) is **DENIED**;

3. This case is remanded to Magistrate Judge Arbuckle for further pre-trial management.

Robert D. Mariani
United States District Judge